Hector MOREL, Petitioner—Appellant,

v.

Warden O'BRIEN, Respondent—Appellee.

No. 10–6556.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 19, 2010.

Decided: Aug. 30, 2010.

Hector Morel, Appellant Pro Se. Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hector Morel, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Morel v. O'Brien*, No. 7:09–cv–00346–jlk–mfu, 2010 WL 1212573 (W.D.Va., Mar. 25, 2010). We deny Morel's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*